DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES MARSHALL FULLWOOD JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3422

_____

September 1, 2021

Appeal from the Circuit Court for Hillsborough County; Michelle
Sisco, Judge.

Howard L. Dimmig, II, Public Defender, and Pamela H. Izakowitz,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford
Taylor, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.